# EXHIBIT “A”

**TransUnion LLC**
P.O. Box 2000
Chester, PA 19016

November 14, 2025

Subject: Second Formal Written Dispute of Incorrect Information on Credit Report

Re: John D. Garland | DOB: 05/12/1966 | SSN: *--2324 | Address: 5707 Coco Palm Dr., Tamarac, FL 33319
Dispute of AmeriCredit/GM Financial reporting for Account No. 111031250813

I am writing to dispute the accuracy of the AmeriCredit/GM Financial auto loan associated with account number 111031250813 (often shown as 11103125****). On my Transunion file, this tradeline is currently reported as follows: "Paid, Closed," flagged as "Account with Adverse Information", and I was that I was 30 days past due as of June 2025.

That late entry is inaccurate and resulted from GM Financial's handling of my autopay and my dispute. On June 27, 2025, GM Financial received my faxed dispute at 8:42 a.m., after initially telling me they did not have it and asking me to resend; I followed up repeatedly and was promised escalations and a manager callback, but I did not receive a timely resolution.

Because the June 2025 late mark stems from the GM's actions and not from a true failure or refusal to pay, the current reporting is inaccurate and misleading. Please conduct a reasonable investigation and either delete the June 2025 late notation and any related derogatory coding or correct the tradeline to reflect a Paid/Closed account with no late payments in 2025. If you choose to keep any negative notation, please provide your method of verification and the complete business name, address, and telephone number of each furnisher you contacted, along with the documents GM Financial supplied to you, including any autopay setup or cancellation records and internal notes acknowledging receipt and handling of my June 27, 2025 dispute.

I am enclosing identification, proof of address, the relevant pages from my Equifax report showing how this account is currently displayed, my June 27 fax confirmation details, and the email correspondence referenced above.

Please send me written confirmation of the results of your reinvestigation and the changes made to my file.

Sincerely,

**John D. Garland**

Enclosures:
Oct 13, 2025 Equifax Credit Report (Pages 6-13 of 121)
Identification Card
Proof of Address
June 27 Fax Confirmation Details

Experian
P.O. Box 4500
Allen, TX 75013

November 14, 2025

Re: John D. Garland | DOB: 05/12/1966 | SSN: *--2324 | Address: 5707 Coco Palm Dr., Tamarac, FL 33319
Dispute of AmeriCredit/GM Financial reporting for Account No. 111031250813

I am writing to dispute the accuracy of the AmeriCredit/GM Financial auto loan associated with account number 111031250813 (often shown as 111031XXXXXX). On my Experian file, this tradeline is currently reported as follows: Paid and Closed but Under Dispute. This tradeline also has a notation that I was 30 days past due as of June 2025.

That late entry is inaccurate and resulted from GM Financial's handling of my autopay and my dispute. On June 27, 2025, GM Financial received my faxed dispute at 8:42 a.m., after initially telling me they did not have it and asking me to resend; I followed up repeatedly and was promised escalations and a manager callback, but I did not receive a timely resolution.

Because the June 2025 late mark stems from the GM's actions and not from a true failure or refusal to pay, the current reporting is inaccurate and misleading. Please conduct a reasonable investigation and either delete the June 2025 late notation and any related derogatory coding or correct the tradeline to reflect a Paid/Closed account with no late payments in 2025. If you choose to keep any negative notation, please provide your method of verification and the complete business name, address, and telephone number of each furnisher you contacted, along with the documents GM Financial supplied to you, including any autopay setup or cancellation records and internal notes acknowledging receipt and handling of my June 27, 2025 dispute.

I am enclosing identification, proof of address, the relevant pages from my Equifax report showing how this account is currently displayed, my June 27 fax confirmation details, and the email correspondence referenced above.

Please send me written confirmation of the results of your reinvestigation and the changes made to my file.

Sincerely,

**John D. Garland**

Enclosures:
Oct 13, 2025 Equifax Credit Report (Page 13 of 35)
Identification Card
Proof of Address
June 27 Fax Confirmation Details

**Equifax**
P.O. Box 740256
Atlanta, GA 30374-0256

November 14, 2025

Re: John D. Garland | DOB: 05/12/1966 | SSN: *--2324 | Address: 5707 Coco Palm Dr., Tamarac, FL 33319
Dispute of AmeriCredit/GM Financial reporting for Account No. 111031250813

I am writing to dispute the accuracy of the AmeriCredit/GM Financial auto loan associated with account number 111031250813 (often shown as *0813). On my Equifax file, this tradeline is currently reported as follows: Paid and Closed but with notation that I was 30 days past due as of June 2025.

That late entry is inaccurate and resulted from GM Financial's handling of my autopay and my dispute. On June 27, 2025, GM Financial received my faxed dispute at 8:42 a.m., after initially telling me they did not have it and asking me to resend; I followed up repeatedly and was promised escalations and a manager callback, but I did not receive a timely resolution.

Because the June 2025 late mark stems from the GM's actions and not from a true failure or refusal to pay, the current reporting is inaccurate and misleading. Please conduct a reasonable investigation and either delete the June 2025 late notation and any related derogatory coding or correct the tradeline to reflect a Paid/Closed account with no late payments in 2025. If you choose to keep any negative notation, please provide your method of verification and the complete business name, address, and telephone number of each furnisher you contacted, along with the documents GM Financial supplied to you, including any autopay setup or cancellation records and internal notes acknowledging receipt and handling of my June 27, 2025 dispute.

I am enclosing identification, proof of address, the relevant pages from my Equifax report showing how this account is currently displayed, my June 27 fax confirmation details, and the email correspondence referenced above.

Please send me written confirmation of the results of your reinvestigation and the changes made to my file.

Sincerely,

**John D. Garland**

Enclosures:
Oct 13, 2025 Equifax Credit Report (Page 15 of 32)
Identification Card
Proof of Address
June 27 Fax Confirmation Details

9589 0710 5270 2626 6234 93

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Allen, TX 75013

OFFICIAL USE

Certified Mail Fee $5.30
$
Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $0.78
$
Total Postage and Fees
$6.08
$

0277
01
Postmark Here
11/12/2025

DAVIE BRANCH POST OFFICE USPS FORT LAUDERDALE FL 33328

Sent To Experian
Street and Apt. No., or PO Box No. PO Box 9500
City, State, ZIP+4® Allen tx 75013

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2626 6234 79

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Chester, PA 19016

OFFICIAL USE

Certified Mail Fee $5.30
$
Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $0.78
$
Total Postage and Fees
$6.08
$

0277
01
Postmark Here
11/12/2025

DAVIE BRANCH POST OFFICE NOV 12 USPS FORT LAUDERDALE FL 33328

Sent To Trans Union LLC
Street and Apt. No., or PO Box No. PO Box 2000
City, State, ZIP+4® Chester PA 19016

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2626 6234 06

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Atlanta, GA 30374

OFFICIAL USE

Certified Mail Fee $5.30
$
Extra Services & Fees (check box, add fee as appropriate) $0.00
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $0.78
$
Total Postage and Fees
$6.08
$

0277
01
Postmark Here
11/12/2025

POST OFFICE NOV 12 2025 USPS FORT LAUDERDALE FL 33328

Sent To Equifax
Street and Apt. No., or PO Box No. PO Box 740256
City, State, ZIP+4® Atlanta GA 30374-0256

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

**ALERT: WINTER WEATHER IN THE SOUTHWEST, GREAT PLAINS, MIDWEST, GREAT LAKES, O…**

# USPS Tracking®

**FAQs >**

**Tracking Number:**

**Remove ✕**

## 9589071052702626623479

**Copy** **Add to Informed Delivery (https://informeddelivery.usps.com/)**

Feedback

### Latest Update

Your item has been delivered and is available at a PO Box at 12:54 pm on November 20, 2025 in CHESTER, PA 19013.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, PO Box**

CHESTER, PA 19013
November 20, 2025, 12:54 pm

**Arrived at Post Office**

CHESTER, PA 19013
November 20, 2025, 11:08 am

**Arrived at USPS Regional Destination Facility**

PHILADELPHIA PA DISTRIBUTION CENTER
November 19, 2025, 11:20 am

**In Transit to Next Facility**

November 16, 2025

**Arrived at USPS Regional Origin Facility**

MIAMI FL DISTRIBUTION CENTER
November 12, 2025, 9:53 pm

**Departed Post Office**

FORT LAUDERDALE, FL 33328
November 12, 2025, 6:32 pm

**USPS in possession of item**

FORT LAUDERDALE, FL 33328
November 12, 2025, 5:03 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**ALERT: WINTER WEATHER IN THE SOUTHWEST, GREAT PLAINS, MIDWEST, GREAT LAKES, O...**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**9589071052702626623493**

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

## Latest Update

Your item was delivered to an individual at the address at 12:44 pm on November 18, 2025 in ALLEN, TX 75013.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Left with Individual**

ALLEN, TX 75013
November 18, 2025, 12:44 pm

**Arrived at Post Office**

ALLEN, TX 75013
November 18, 2025, 10:23 am

**In Transit to Next Facility**

November 17, 2025

**Arrived at USPS Regional Destination Facility**

COPPELL TX DISTRIBUTION CENTER
November 16, 2025, 11:58 am

**Arrived at USPS Regional Origin Facility**

MIAMI FL DISTRIBUTION CENTER
November 12, 2025, 9:51 pm

**Departed Post Office**

FORT LAUDERDALE, FL 33328
November 12, 2025, 6:32 pm

**USPS in possession of item**

FORT LAUDERDALE, FL 33328
November 12, 2025, 5:02 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**ALERT: WINTER WEATHER IN THE SOUTHWEST, GREAT PLAINS, MIDWEST, GREAT LAKES, O...**

# USPS Tracking®

FAQs ›

Tracking Number:

Remove ✕

## 9589071052702626623486

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

### Latest Update

Your item has been delivered and is available at a PO Box at 1:27 pm on November 15, 2025 in ATLANTA, GA 30348.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, PO Box**

ATLANTA, GA 30348
November 15, 2025, 1:27 pm

**Available for Pickup**

ATLANTA
3900 CROWN RD SW
ATLANTA GA 30304-9998
M-SAT 0800-2200; SUN 0900-2000
November 15, 2025, 3:53 am

**Arrived at Post Office**

ATLANTA, GA 30304
November 15, 2025, 12:23 am

**Arrived at USPS Regional Destination Facility**

ATLANTA GA DISTRIBUTION CENTER
November 14, 2025, 7:14 am

**In Transit to Next Facility**

November 13, 2025

**Arrived at USPS Regional Origin Facility**
MIAMI FL DISTRIBUTION CENTER
November 12, 2025, 9:50 pm

**Departed Post Office**
FORT LAUDERDALE, FL 33328
November 12, 2025, 6:32 pm

**USPS in possession of item**
FORT LAUDERDALE, FL 33328
November 12, 2025, 5:03 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**