# EXHIBIT "C"

experian. JOHN D GARLAND | Report number 1346-8975-06 | January 16, 2026 | Print | Close window

## How to read your results

**Deleted**
This item was removed from your credit report.

**Remains**
The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

**Processed**
This item was either updated or deleted. Please review your report for the details.

**Updated (Your results will indicate which one of the following applies.)**

- The information you disputed has been updated. Please review your report for the details.
- The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.
- Information on this item has been updated. Please review your report for the details.

**Verified and Updated**
The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details.

## Print your report

Below is all the information currently in your credit report. The payment history guide and common questions will help explain your credit information. Print this page or write down your report number for future access.

### Address
Experian
P.O. Box 9701 Allen, TX 75013

**Any pending disputes will be highlighted below.**

**Here are your dispute results 01/16/2026**

**Credit Items and Public Records**

| Creditor / Vendor | Account number | Status | |
|---|---|---|---|
| GM FINANCIAL | 11103125.... | Updated | The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. |

### Before Dispute

**Account name**
AMERICREDIT/GM FINANCIAL

PO BOX 181145
ARLINGTON, TX 76096
8002842271

**Address identification number**
0073575632

**Account number**
11103125....
**Type**
Auto Loan
**Terms**
66 Months

**Recent balance**
Not reported
**Credit limit or original amount**
$35378
**High balance**
Not reported
**Monthly payment**
Not reported

**Date opened**
12/31/2019
**Date of status**
07/2025
**Responsibility**
Individual

**Status**
**Paid, Closed.**
**Reinvestigation information**
This item was updated from our processing of your dispute in Oct 2025.

### After Dispute

**Account name**
AMERICREDIT/GM FINANCIAL

PO BOX 181145
ARLINGTON, TX 76096
8002842271

**Address identification number**
0073575632

**Account number**
11103125....
**Type**
Auto Loan
**Terms**
66 Months

**Recent balance**
Not reported
**Credit limit or original amount**
$35378
**High balance**
Not reported
**Monthly payment**
Not reported

**Date opened**
12/31/2019
**Date of status**
07/2025
**Responsibility**
Individual

**Status**
**Paid, Closed.**
**Reinvestigation information**
This item was updated from our processing of your dispute in Nov 2025.

If our reinvestigation has not resolved your dispute
**view your options**

## Your Report

### Personal Information

Name(s) associated with your credit

| Name | Name identification number |
|---|---|
| JOHN D GARLAND | 18021 |
| JOHN GARLAND | 32210 |
| JOHN B GARLAND | 15524 |
| JOHN DEAN GARLAND | 1 |
| JOHN G GARLAND | 23545 |
| JOHN GARDNER | 15437 |
| GARLAND JOHN | 23293 |
| JOHN D GARLAND | 13984 |

Address(es) associated with your credit

| Address | Address identification number | Residence type | Geographical code |
|---|---|---|---|
| 5707 COCO PALM DR TAMARAC FL 33319-6114 | 0073575632 | Single family | |
| 145 SETON CREEK DR OSWEGO IL 60543-8306 | 0125606833 | Single family | |
| 452 KINGSTON CT NAPERVILLE IL 60563 | 0328607194 | Single family | |
| 145 CETON CREEK DR OSWEGO IL 60543 | 0314656921 | Single family | |
| 1574 KAREN CT AURORA IL 60504-7535 | 0125289046 | Single family | |
| 4601 W PRATT AVE LINCOLNWOOD IL 60712-3313 | 0127074476 | Single family | |
| 8735 RITE TRACK WAY WEST CHESTER OH 45069-7361 | 0468644778 | Single family | |
| 145 SETON CREEK DR OSWEGO TAMARAC FL 33319 | 0985867582 | Single family | |
| 145 SETON CREEK DR APT108 OSWEGO IL 60543-8306 | 0874352569 | Single family | |

Other personal information associated with your credit

**Social Security number variation(s)**

XXX-XX-2325

**Year of birth**

1966

**Spouse or co-applicant**

KARYN

| Telephone number(s) | |
|---|---|
| 954 314 7983 | Residential |
| 630 859 8522 | Residential |
| 630 514 7908 | Cellular |

| Current or former employer(s) | Address |
|---|---|
| GARLAND TRANSFER SYSTEM | 145 SETON CREEK DRIVE OSWEGO IL 60543 |
| SELF | |
| SELF EMPLOYED | OSWEGO IL 60543 |
| NORTHAMERICAN VANLI | |

## Your personal statements

No general personal statements appear on your report.

Add fraud alert

## Potentially negative items

No **Public Record** items appear on your report.

| **Account name** | **Account number** | **Recent balance** | **Date opened** | **Status** |
|---|---|---|---|---|
| AMERICREDIT/GM FINANCIAL | 11103125.... | Not reported | 12/31/2019 | Paid, Closed. |

PO BOX 181145
ARLINGTON, TX 76096
8002842271
**Address identification number**
0073575632

**Type**
Auto Loan
**Terms**
66 Months

**Credit limit or original amount**
$35378
**High balance**
Not reported
**Monthly payment**
Not reported

**Date of status**
07/2025
**Responsibility**
Individual

**Reinvestigation information**
This item was updated from our processing of your dispute in Nov 2025.

**Account history**

| 2025 Jul | Jun | May | Apr | Mar | Feb | Jan | 2024 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2023 Dec | Nov | Oct | Sep | Aug | Jul | Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLS | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| May | Apr | Mar | Feb | Jan | 2022 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2021 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Mar | Feb | Jan | 2020 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

30 days past due as of Jun 2025

**Balance history**

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
Jun 2025: $1,728 / Apr 15, 2025 / $595 / $0
May 2025: $1,693 / Apr 15, 2025 / $595 / $595
Apr 2025: $2,283 / Mar 15, 2025 / $595 / $595

Mar 2025: $2,870 / Feb 15, 2025 / $595 / $595
Feb 2025: $3,457 / Jan 15, 2025 / $595 / $595
Jan 2025: $4,041 / Dec 15, 2024 / $595 / $595
Dec 2024: $4,623 / Nov 15, 2024 / $595 / $595
Nov 2024: $5,203 / Oct 15, 2024 / $595 / $595
Oct 2024: $5,782 / Sep 15, 2024 / $595 / $595
Sep 2024: $6,359 / Aug 15, 2024 / $595 / $595
Aug 2024: $6,933 / Jul 15, 2024 / $595 / $595
Jul 2024: $7,506 / Jun 15, 2024 / $595 / $595
Jun 2024: $8,078 / May 15, 2024 / $595 / $595
May 2024: $8,647 / Apr 15, 2024 / $595 / $595
Apr 2024: $9,215 / Mar 15, 2024 / $595 / $595
Mar 2024: $9,780 / Feb 15, 2024 / $595 / $595
Feb 2024: $10,346 / Jan 15, 2024 / $595 / $595
Jan 2024: $10,908 / Dec 15, 2023 / $595 / $595
The original amount of this account was $35,378

## Accounts in good standing

**Account name**
AMERICAN HONDA FINANCE

PO BOX 168128
IRVING, TX 75016
**Address identification number**
0073575632

**Account number**
47387....

**Type**
Auto Loan
**Terms**
36 Months

**Recent balance**
$1,637 as of 12/31/2025

**Credit limit or original amount**
$22041
**High balance**
Not reported
**Monthly payment**
$661
**Recent payment amount**
$661 as of 12/05/2025

**Date opened**
08/25/2023

**Date of status**
12/2025
**Responsibility**
Individual

**Status**
Open/Never late.

**Account history**

| 2025 | | | | | | | | | | | | 2024 | | | | | | | | | | | | 2023 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug |
| OK | OK | OK | ND | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Balance history**

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
Nov 2025: $2,289 / Nov 05, 2025 / $661 / $661
Oct 2025: $2,939 / Oct 05, 2025 / $661 / $661
Sep 2025: $3,586 / Sep 05, 2025 / $661 / $661
Aug 2025: $4,198 / Jun 11, 2025 / $661 / $0
Jul 2025: $4,198 / Jun 11, 2025 / $661 / $2,000
Jun 2025: $6,196 / Mar 18, 2025 / $661 / $0
May 2025: $6,127 / Mar 18, 2025 / $661 / $0
Apr 2025: $6,127 / Mar 18, 2025 / $661 / $2,000
Mar 2025: $8,117 / Dec 03, 2024 / $661 / $0
Feb 2025: $8,012 / Dec 03, 2024 / $661 / $0
Jan 2025: $8,012 / Dec 03, 2024 / $661 / $0
Dec 2024: $8,012 / Dec 03, 2024 / $661 / $2,000
Nov 2024: $9,975 / Nov 06, 2024 / $661 / $300
Oct 2024: $11,827 / Aug 06, 2024 / $661 / $0
Sep 2024: $11,827 / Aug 06, 2024 / $661 / $0
Aug 2024: $11,827 / Aug 06, 2024 / $661 / $2,000
Jul 2024: $13,656 / May 06, 2024 / $661 / $0
Jun 2024: $13,656 / May 06, 2024 / $661 / $0
May 2024: $13,656 / May 06, 2024 / $661 / $2,000
Apr 2024: $15,472 / Feb 09, 2024 / $661 / $0
Mar 2024: $15,472 / Feb 09, 2024 / $661 / $0
Feb 2024: $15,472 / Feb 09, 2024 / $661 / $2,000

Jan 2024: $17,165 / Nov 09, 2023 / $661 / $0
The original amount of this account was $22,041

| **Account name** | **Account number** | **Recent balance** | **Date opened** | **Status** |
|---|---|---|---|---|
| AMERICAN EXPRESS | 3499924269025933 | $585 as of 01/12/2026 | 02/10/2017 | Open/Never late. |

PO BOX 981537
EL PASO, TX 79998
8008742717
**Address identification number**
0125606833

**Type**
Credit card
**Terms**
Not reported

**Credit limit or original amount**
$5800
**High balance**
$2008
**Monthly payment**
$40

**Date of status**
01/2026
**Responsibility**
Individual

**Account history**

| 2026 Jan | 2025 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2024 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2023 Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2022 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2021 Dec | Nov | Oct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2020 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2019 Dec | Nov | Oct | Sep | Aug |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Jul | Jun | May | Apr | Mar | Feb |
|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK |

**Balance history**

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
Dec 2025: $2,008 / No data / $40 / $0
Nov 2025: $0 / No data / $0 / $0
Oct 2025: $0 / No data / $0 / $0
Sep 2025: $765 / No data / $40 / $0
Aug 2025: $1,347 / No data / $40 / $0
Jul 2025: $1,186 / No data / $40 / $0
Jun 2025: $1,429 / No data / $40 / $0
May 2025: $452 / No data / $40 / $0
Apr 2025: $187 / No data / $40 / $0
Mar 2025: $95 / No data / $40 / $0
Feb 2025: $0 / No data / $0 / $0
Jan 2025: $291 / No data / $40 / $0
Dec 2024: $262 / No data / $40 / $0
Nov 2024: $0 / No data / $0 / $0
Oct 2024: $0 / No data / $0 / $0
Sep 2024: $0 / No data / $0 / $0
Aug 2024: $0 / No data / $0 / $0
Jul 2024: $0 / No data / $0 / $0
Jun 2024: $0 / No data / $0 / $0
May 2024: $0 / No data / $0 / $0
Apr 2024: $0 / No data / $0 / $0
Mar 2024: $95 / No data / $40 / $0
Feb 2024: $0 / No data / $0 / $0
Jan 2024: $0 / No data / $0 / $0
Between Oct 2025 and Dec 2025, your credit limit/high balance was $5,800
Between Jan 2024 and Sep 2025, your credit limit/high balance was $10,000

| **Account name** | **Account number** | **Recent balance** | **Date opened** | **Status** |
|---|---|---|---|---|
| AMERICAN EXPRESS | 3499924269083473 | $1,053 as of 01/14/2026 | 02/10/2017 | Open/Never late. |

PO BOX 981537
EL PASO, TX 79998
8008742717
**Address identification number**

**Type**
Credit card
**Terms**
1 Month

**Credit limit or original amount**
Not reported
**High balance**

**Date of status**
01/2026
**Responsibility**
Authorized user

0125606833

$3195

**Monthly payment**

$0

**Account history**

| | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | 2025 | | | | | | | | | | | | 2024 | | | | | | | | | | | | 2023 |
| Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| | | | | | | | | | | | 2022 | | | | | | | | | | | | 2021 | | |
| Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| | | | | | | | | | 2020 | | | | | | | | | | | | 2019 | | | | |
| Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Jul | Jun | May | Apr | Mar | Feb | | | | | | | | | | | | | | | | | | | | |
| OK | OK | OK | OK | OK | OK | | | | | | | | | | | | | | | | | | | | |

**Balance history**

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
Dec 2025: $2,328 / No data / $0 / $0
Nov 2025: $267 / No data / $0 / $0
Oct 2025: $821 / No data / $0 / $0
Sep 2025: $399 / No data / $0 / $0
Aug 2025: $104 / No data / $0 / $0
Jul 2025: $961 / No data / $0 / $0
Jun 2025: $764 / No data / $0 / $0
May 2025: $2,456 / No data / $0 / $0
Apr 2025: $837 / No data / $0 / $0
Mar 2025: $103 / No data / $0 / $0
Feb 2025: $2,348 / No data / $0 / $0
Jan 2025: $1,831 / No data / $0 / $0
Dec 2024: $317 / No data / $0 / $0
Nov 2024: $1,221 / No data / $0 / $0
Oct 2024: $1,815 / No data / $0 / $0
Sep 2024: $2,913 / No data / $0 / $0
Aug 2024: $3,195 / No data / $0 / $0
Jul 2024: $1,907 / No data / $0 / $0
Jun 2024: $2,359 / No data / $0 / $0
May 2024: $1,161 / No data / $0 / $0
Apr 2024: $1,065 / No data / $0 / $0
Mar 2024: $386 / No data / $0 / $0
Feb 2024: $1,423 / No data / $0 / $0
Jan 2024: $2,158 / No data / $0 / $0
Between Aug 2024 and Dec 2025, your credit limit/high balance was $3,195
Between Jan 2024 and Jul 2024, your credit limit/high balance was $2,387

**Account name**
AMERICAN EXPRESS

PO BOX 981537
EL PASO, TX 79998
8008742717
**Address identification number**
0073575632

**Account number**
3499924903424273

**Type**
Credit card
**Terms**
1 Month

**Recent balance**
$523 as of 12/18/2025

**Credit limit or original amount**
Not reported
**High balance**
$1745
**Monthly payment**
$0

**Date opened**
09/04/2017

**Date of status**
12/2025
**Responsibility**
Individual

**Status**
Open/Never late.

**Account history**

| | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | | | | | | | | | | | | 2024 | | | | | | | | | | | | 2023 | |
| Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| | | | | | | | | | | 2022 | | | | | | | | | | | | 2021 | | | |
| Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| | | | | | | | | 2020 | | | | | | | | | | | | 2019 | | | | | |
| Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul |

| | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK |

**Balance history**

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
Nov 2025: $0 / No data / $0 / $0
Oct 2025: $281 / No data / $0 / $0
Sep 2025: $161 / No data / $0 / $0
Aug 2025: $0 / No data / $0 / $0
Jul 2025: $746 / No data / $0 / $0
Jun 2025: $0 / No data / $0 / $0
May 2025: $110 / No data / $0 / $0
Apr 2025: $0 / No data / $0 / $0
Mar 2025: $202 / No data / $0 / $0
Feb 2025: $177 / No data / $0 / $0
Jan 2025: $1,745 / No data / $0 / $0
Dec 2024: $284 / No data / $0 / $0
Nov 2024: $973 / No data / $0 / $0
Oct 2024: $317 / No data / $0 / $0
Sep 2024: $519 / No data / $0 / $0
Aug 2024: $772 / No data / $0 / $0
Jul 2024: $386 / No data / $0 / $0
Jun 2024: $470 / No data / $0 / $0
May 2024: $0 / No data / $0 / $0
Apr 2024: $109 / No data / $0 / $0
Mar 2024: $335 / No data / $0 / $0
Feb 2024: $374 / No data / $0 / $0
Jan 2024: $0 / No data / $0 / $0
Between Jan 2025 and Nov 2025, your credit limit/high balance was $1,745
Between Jan 2024 and Dec 2024, your credit limit/high balance was $1,676

**Account name**
AMERICAN EXPRESS

PO BOX 981537
EL PASO, TX 79998
8008742717
**Address identification number**
0073575632

**Account number**
3499934278137913

**Type**
Credit card
**Terms**
Not reported

**Recent balance**
$29 as of 01/12/2026

**Credit limit or original amount**
$5000
**High balance**
$3291
**Monthly payment**
$29

**Date opened**
10/11/2025

**Date of status**
01/2026
**Responsibility**
Individual

**Status**
Open/Never late.

**Account history**

| 2026 Jan | 2025 Dec | Nov |
|---|---|---|
| OK | OK | OK |

**Balance history**

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
Dec 2025: $3,060 / No data / $89 / $0
Nov 2025: $3,291 / No data / $65 / $0
Between Nov 2025 and Dec 2025, your credit limit/high balance was $5,000

**Account name**
APPLE CARD/GS BANK USA

LOCKBOX 6112 P.O. BOX 7247
PHILADELPHIA, PA 19170
8772555923

**Account number**
110001112480....

**Type**
Credit card
**Terms**

**Recent balance**
$802 as of 12/31/2025

**Credit limit or original amount**
$18000

**Date opened**
11/11/2019

**Date of status**
12/2025
**Responsibility**

**Status**
Open/Never late.

**Address identification number**
0073575632

Not reported

**High balance**
$8370
**Monthly payment**
$25
**Recent payment amount**
$890 as of 12/24/2025

Individual

**Account history**

| 2025 | | | | | | | | | | | | 2024 | | | | | | | | | | | | 2023 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | | | | | | | | | | 2022 | | | | | | | | | | | | 2021 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | | | | | | | | 2020 | | | | | | | | | | | | 2019 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Balance history**

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
Nov 2025: $890 / Nov 23, 2025 / $41 / $2,008
Oct 2025: $2,008 / Sep 29, 2025 / $25 / $0
Sep 2025: $842 / Sep 29, 2025 / $25 / $1,025
Aug 2025: $618 / Aug 24, 2025 / $25 / $598
Jul 2025: $598 / Jul 28, 2025 / $25 / $1,068
Jun 2025: $1,068 / Jun 30, 2025 / $25 / $1,618
May 2025: $1,618 / May 31, 2025 / $25 / $1,274
Apr 2025: $1,274 / Mar 30, 2025 / $0 / $0
Mar 2025: $0 / Mar 30, 2025 / $0 / $888
Feb 2025: $69 / Feb 21, 2025 / $25 / $662
Jan 2025: $218 / Jan 26, 2025 / $25 / $368
Dec 2024: $368 / Dec 30, 2024 / $25 / $447
Nov 2024: $447 / Nov 29, 2024 / $25 / $1,000
Oct 2024: $420 / Oct 21, 2024 / $25 / $615
Sep 2024: $615 / Sep 20, 2024 / $30 / $729
Aug 2024: $729 / Aug 30, 2024 / $55 / $1,400
Jul 2024: $1,326 / Jul 25, 2024 / $80 / $1,500
Jun 2024: $2,441 / Jun 20, 2024 / $86 / $2,000
May 2024: $3,228 / May 30, 2024 / $59 / $3,000
Apr 2024: $5,839 / Apr 20, 2024 / $0 / $340
Mar 2024: $0 / Mar 25, 2024 / $0 / $38
Feb 2024: $19 / Feb 01, 2024 / $19 / $89
Jan 2024: $89 / Nov 30, 2023 / $19 / $0
Between Jun 2024 and Nov 2025, your credit limit/high balance was $18,000
Between Jan 2024 and May 2024, your credit limit/high balance was $15,000

**Account name**
BANK OF AMERICA

**Account number**
434292021431....

**Recent balance**
$1,045 as of 12/25/2025

**Date opened**
02/24/2024

**Status**
Open/Never late.

PO BOX 982238
EL PASO, TX 79998
8004212110
**Address identification number**
0073575632

**Type**
Credit card
**Terms**
Not reported

**Credit limit or original amount**
$24000
**High balance**
$7197
**Monthly payment**
$35

**Date of status**
12/2025
**Responsibility**
Individual

**Account history**

| 2025 | | | | | | | | | | | | 2024 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Balance history**

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
Nov 2025: $1,479 / Oct 23, 2025 / $76 / $0
Oct 2025: $1,416 / Oct 23, 2025 / $59 / $0
Sep 2025: $2,902 / Sep 08, 2025 / $89 / $0
Aug 2025: $4,841 / Jul 09, 2025 / $165 / $0
Jul 2025: $4,723 / Jul 09, 2025 / $125 / $0
Jun 2025: $5,532 / May 12, 2025 / $183 / $0
May 2025: $5,403 / May 12, 2025 / $145 / $0
Apr 2025: $6,310 / Apr 17, 2025 / $175 / $0
Mar 2025: $7,197 / Mar 05, 2025 / $131 / $0
Feb 2025: $3,556 / Jan 18, 2025 / $113 / $0
Jan 2025: $2,895 / Jan 18, 2025 / $86 / $0
Dec 2024: $3,837 / Nov 29, 2024 / $100 / $0
Nov 2024: $5,774 / Nov 15, 2024 / $123 / $0
Oct 2024: $3,524 / Sep 28, 2024 / $92 / $0
Sep 2024: $5,466 / Sep 17, 2024 / $130 / $0
Aug 2024: $4,389 / Aug 19, 2024 / $117 / $0
Jul 2024: $5,314 / May 25, 2024 / $53 / $0
Jun 2024: $0 / May 25, 2024 / $0 / $0
May 2024: $0 / May 25, 2024 / $0 / $0
Apr 2024: $1,143 / Mar 23, 2024 / $35 / $0
Mar 2024: $0 / Mar 23, 2024 / $0 / $0
Between May 2025 and Nov 2025, your credit limit/high balance was $24,000
Between Mar 2024 and Apr 2025, your credit limit/high balance was $19,000

**Account name**
BARCLAYS BANK DELAWARE

PO BOX 8803
WILMINGTON, DE 19899
8882320780
**Address identification number**
0125606833

**Account number**
00030866040....

**Type**
Credit card
**Terms**
Not reported

**On record until**
Feb 2033

**Recent balance**
Not reported

**Credit limit or original amount**
$10500
**High balance**
$3814
**Monthly payment**
Not reported

**Date opened**
04/27/2018

**Date of status**
02/2023
**Responsibility**
Individual

**Status**
Paid, Closed/Never late.

**Comment**
Closed due to inactivity

**Account history**

| 2023 Feb | Jan | 2022 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2021 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| 2020 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2019 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2018 Dec | Nov |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Oct | Sep | Aug | Jul | Jun | May | Apr |
|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK |

**Account name**
CAPITAL ONE

PO BOX 31293
SALT LAKE CITY, UT 84131
8009557070
**Address identification number**
0125606833

**Account number**
400344808746....

**Type**
Credit Card
**Terms**
Not reported

**On record until**
May 2030

**Recent balance**
Not reported

**Credit limit or original amount**
$5250
**High balance**
$3803
**Monthly payment**
Not reported

**Date opened**
01/16/2014

**Date of status**
05/2020
**Responsibility**
Individual

**Status**
Paid, Closed/Never late.

**Comment**
Account closed at consumer's request.

**Account history**

| 2020 May | Apr | Mar | Feb | Jan | 2019 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2018 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Mar | Feb | Jan | 2017 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2016 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2015 | | | | | | | | | | | | 2014 | | | | | | | | | | |
| Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Account name**
CAPITAL ONE

PO BOX 31293
SALT LAKE CITY, UT 84131
8009557070
**Address identification number**
0073575632

**Account number**
415417874696....

**Type**
Business Card
**Terms**
Not reported

**Recent balance**
$15,248 as of 12/15/2025

**Credit limit or original amount**
$30000
**High balance**
$20576
**Monthly payment**
$534

**Date opened**
03/16/2016

**Date of status**
12/2025
**Responsibility**
Individual

**Status**
Open/Never late.

**Account history**

| | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | | | | | | | | | | | | 2024 | | | | | | | | | | | | 2023 | |
| Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| | | | | | | | | | | 2022 | | | | | | | | | | | | 2021 | | | |
| Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| | | | | | | | | 2020 | | | | | | | | | | | | 2019 | | | | | |
| Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Jun | May | Apr | Mar | Feb | Jan | | | | | | | | | | | | | | | | | | | | |
| OK | OK | OK | OK | OK | OK | | | | | | | | | | | | | | | | | | | | |

**Balance history**

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
Nov 2025: $16,371 / Nov 09, 2025 / $490 / $0
Oct 2025: $15,127 / Oct 09, 2025 / $506 / $0
Sep 2025: $17,216 / Sep 09, 2025 / $528 / $0
Aug 2025: $18,643 / Aug 09, 2025 / $593 / $0
Jul 2025: $18,623 / Jul 09, 2025 / $563 / $0
Jun 2025: $16,676 / Jun 09, 2025 / $515 / $0
May 2025: $20,019 / Apr 09, 2025 / $635 / $0
Apr 2025: $16,046 / Apr 09, 2025 / $511 / $0
Mar 2025: $19,864 / Mar 04, 2025 / $558 / $0
Feb 2025: $14,806 / Jan 16, 2025 / $410 / $0
Jan 2025: $15,100 / Jan 04, 2025 / $506 / $0
Dec 2024: $17,315 / Nov 15, 2024 / $510 / $0
Nov 2024: $18,295 / Oct 24, 2024 / $527 / $0
Oct 2024: $16,012 / Sep 27, 2024 / $477 / $0
Sep 2024: $17,448 / Aug 29, 2024 / $562 / $0
Aug 2024: $19,347 / Jul 25, 2024 / $586 / $0
Jul 2024: $18,633 / Jun 20, 2024 / $510 / $0
Jun 2024: $15,553 / May 16, 2024 / $432 / $0
May 2024: $10,754 / May 09, 2024 / $340 / $0
Apr 2024: $9,253 / Apr 11, 2024 / $356 / $0
Mar 2024: $12,254 / Mar 04, 2024 / $372 / $0
Feb 2024: $13,816 / Feb 01, 2024 / $407 / $0
Jan 2024: $12,254 / Dec 22, 2023 / $360 / $0
Between Jan 2024 and Nov 2025, your credit limit/high balance was $30,000

**Account name**
CAPITAL ONE

PO BOX 31293
SALT LAKE CITY, UT 84131
8009557070
**Address identification number**
0073575632

**Account number**
517805907672....

**Type**
Credit card
**Terms**
Not reported

**Recent balance**
$10 as of 12/19/2025

**Credit limit or original amount**
$6750
**High balance**
$4144

**Date opened**
04/22/2013

**Date of status**
12/2025
**Responsibility**
Individual

**Status**
Open/Never late.

**Monthly payment**
$10

**Account history**

| | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | | | | | | | | | | | | 2024 | | | | | | | | | | | | 2023 | |
| Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| | | | | | | | | | | 2022 | | | | | | | | | | | | 2021 | | | |
| Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| | | | | | | | | 2020 | | | | | | | | | | | | 2019 | | | | | |
| Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Jun | May | Apr | Mar | Feb | Jan | | | | | | | | | | | | | | | | | | | | |
| OK | OK | OK | OK | OK | OK | | | | | | | | | | | | | | | | | | | | |

**Balance history**

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
Nov 2025: $606 / Nov 13, 2025 / $25 / $0
Oct 2025: $399 / Oct 13, 2025 / $25 / $0
Sep 2025: $336 / Sep 13, 2025 / $25 / $0
Aug 2025: $2,603 / Aug 13, 2025 / $26 / $0
Jul 2025: $690 / Jul 13, 2025 / $25 / $0
Jun 2025: $1,162 / Jun 13, 2025 / $25 / $0
May 2025: $912 / May 13, 2025 / $25 / $0
Apr 2025: $2,391 / Apr 09, 2025 / $25 / $0
Mar 2025: $1,178 / Mar 13, 2025 / $25 / $0
Feb 2025: $1,381 / Feb 13, 2025 / $25 / $0
Jan 2025: $797 / Jan 16, 2025 / $34 / $0
Dec 2024: $2,072 / Dec 13, 2024 / $25 / $0
Nov 2024: $376 / Nov 13, 2024 / $25 / $0
Oct 2024: $27 / Oct 14, 2024 / $25 / $0
Sep 2024: $1,720 / Sep 13, 2024 / $25 / $0
Aug 2024: $743 / Aug 13, 2024 / $25 / $0
Jul 2024: $901 / Jul 08, 2024 / $25 / $0
Jun 2024: $77 / May 09, 2024 / $25 / $0
May 2024: $0 / May 09, 2024 / $0 / $0
Apr 2024: $225 / Mar 29, 2024 / $25 / $0
Mar 2024: $67 / Mar 09, 2024 / $25 / $0
Feb 2024: $145 / Feb 14, 2024 / $25 / $0
Jan 2024: $1,073 / Dec 22, 2023 / $25 / $0
Between Jan 2024 and Nov 2025, your credit limit/high balance was $6,750

**Account name**
CBNA

PO BOX 6497
SIOUX FALLS, SD 57117
8778169401
**Address identification number**
0125606833

**Account number**
603537000263....

**Type**
Charge Card
**Terms**
Not reported

**On record until**
May 2030

**Recent balance**
Not reported

**Credit limit or original amount**
$2250
**High balance**
$974
**Monthly payment**
Not reported

**Date opened**
07/02/2016

**Date of status**
05/2020
**Responsibility**
Individual

**Status**
Paid, Closed/Never late.

**Comment**
Account closed at consumer's request.

**Account history**

| | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | | | | 2019 | | | | | | | | | | | | 2018 | | | | | | | | |
| May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr |
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| | | | 2017 | | | | | | | | | | | | 2016 | | | | | | | | | | |
| Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | | | | | |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | | | | |

**Account name**
CBNA

**Account number**
517479004377....

**Recent balance**
$0 /paid as of

**Date opened**
03/31/2020

**Status**
Open/Never late.

01/10/2026

PO BOX 6497
SIOUX FALLS, SD 57117
8778169401
**Address identification number**
0073575632

**Type**
Credit card
**Terms**
Not reported

**Credit limit or original amount**
$5000
**High balance**
$3214
**Monthly payment**
$0

**Date of status**
01/2026
**Responsibility**
Individual

**Account history**

| 2026 Jan | 2025 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2024 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2023 Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2022 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2021 Dec | Nov | Oct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2020 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Balance history**

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
Dec 2025: $97 / Dec 05, 2025 / $29 / $0
Nov 2025: $535 / Nov 06, 2025 / $29 / $0
Oct 2025: $273 / Oct 06, 2025 / $29 / $0
Sep 2025: $77 / Sep 06, 2025 / $29 / $0
Aug 2025: $1,034 / Aug 06, 2025 / $34 / $0
Jul 2025: $423 / Jul 06, 2025 / $29 / $0
Jun 2025: $471 / Jun 06, 2025 / $29 / $0
May 2025: $369 / May 06, 2025 / $29 / $0
Apr 2025: $45 / Apr 01, 2025 / $29 / $0
Mar 2025: $388 / Mar 06, 2025 / $29 / $0
Feb 2025: $837 / Feb 06, 2025 / $37 / $0
Jan 2025: $1,625 / Jan 06, 2025 / $73 / $0
Dec 2024: $2,083 / Dec 06, 2024 / $78 / $0
Nov 2024: $2,056 / Nov 06, 2024 / $61 / $0
Oct 2024: $1,587 / Oct 06, 2024 / $48 / $0
Sep 2024: $2,327 / Sep 06, 2024 / $71 / $0
Aug 2024: $997 / Jul 01, 2024 / $29 / $0
Jul 2024: $0 / Jul 01, 2024 / $0 / $0
Jun 2024: $99 / Jun 06, 2024 / $29 / $0
May 2024: $221 / Apr 06, 2024 / $29 / $0
Apr 2024: $0 / Apr 06, 2024 / $0 / $0
Mar 2024: $271 / Feb 06, 2024 / $29 / $0
Feb 2024: $0 / Feb 06, 2024 / $0 / $0
Jan 2024: $231 / Jan 01, 2024 / $29 / $0
Between Jan 2024 and Dec 2025, your credit limit/high balance was $5,000

**Account name**
CCS/FIRST NATIONAL BANK

**Account number**
423980103408....

**Recent balance**
Not reported

**Date opened**
09/22/2015

**Status**
Paid, Closed/Never late.

1500 S HIGHLINE AVE
SIOUX FALLS, SD 57110
8888839824
**Address identification number**
0125606833

**Type**
Credit card
**Terms**
Not reported
**On record until**
Nov 2028

**Credit limit or original amount**
$850
**High balance**
$421
**Monthly payment**
Not reported

**Date of status**
11/2018
**Responsibility**
Individual

**Comment**
Account closed at consumer's request.

**Account history**

| 2018 Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2017 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2016 Dec | Nov | Oct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2015 Dec | Nov | Oct | Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Account name**
CREDIT ONE BANK

PO BOX 98875
LAS VEGAS, NV 89193
8778253242
**Address identification number**
0125606833

**Account number**
444796221799....

**Type**
Credit card
**Terms**
Not reported

**On record until**
Jul 2028

**Recent balance**
Not reported

**Credit limit or original amount**
$1800
**High balance**
$1042
**Monthly payment**
Not reported

**Date opened**
09/06/2013

**Date of status**
07/2018
**Responsibility**
Individual

**Status**
Paid, Closed/Never late.

**Comment**
Account closed at consumer's request.

**Account history**

| 2018 Jul | Jun | May | Apr | Mar | Feb | Jan | 2017 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2016 Dec | Nov | Oct | Sep | Aug | Jul | Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| May | Apr | Mar | Feb | Jan | 2015 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2014 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Mar | Feb | Jan | 2013 Dec | Nov | Oct | Sep |
|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK |

**Account name**
CREDIT ONE BANK

PO BOX 98875
LAS VEGAS, NV 89193
8778253242
**Address identification number**
0125606833

**Account number**
546645112225....

**Type**
Credit card
**Terms**
Not reported

**On record until**
Jul 2028

**Recent balance**
Not reported

**Credit limit or original amount**
$1000
**High balance**
$248
**Monthly payment**
Not reported

**Date opened**
09/11/2015

**Date of status**
07/2018
**Responsibility**
Individual

**Status**
Paid, Closed/Never late.

**Comment**
Account closed at consumer's request.

**Account history**

| 2018 Jul | Jun | May | Apr | Mar | Feb | Jan | 2017 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2016 Dec | Nov | Oct | Sep | Aug | Jul | Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| May | Apr | Mar | Feb | Jan | 2015 Dec | Nov | Oct | Sep |
|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Account name**
HARLEY DAVIDSON CREDIT

9850 DOUBLE R BLVD STE 100
RENO, NV 89521
8005441137
**Address identification number**
0125606833

**Account number**
2012101975....

**Type**
Auto Loan
**Terms**
84 Months

**On record until**
May 2027

**Recent balance**
Not reported

**Credit limit or original amount**
$15383
**High balance**
Not reported
**Monthly payment**
Not reported

**Date opened**
10/03/2012

**Date of status**
05/2017
**Responsibility**
Joint with
KARYN L GARLAND

**Status**
Paid, Closed/Never late.

**Account history**

| 2017 May | Apr | Mar | Feb | Jan | 2016 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2015 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Mar | Feb | Jan | 2014 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2013 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Jan | 2012 Dec | Nov | Oct |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| OK | OK | OK | OK |

**Account name**
AMERICREDIT/GM FINANCIAL

PO BOX 181145
ARLINGTON, TX 76096
8002842271
**Address identification number**
0125606833

**Account number**
11100170....

**Type**
Auto Loan
**Terms**
60 Months

**On record until**
Jan 2030

**Recent balance**
Not reported

**Credit limit or original amount**
$32995
**High balance**
Not reported
**Monthly payment**
Not reported

**Date opened**
06/30/2017

**Date of status**
01/2020
**Responsibility**
Individual

**Status**
Paid, Closed/Never late.

**Account history**

| 2020 | 2019 | | | | | | | | | | | | 2018 | | | | | | | | | | | | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec |
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Nov | Oct | Sep | Aug |
|---|---|---|---|
| OK | OK | OK | OK |

**Account name**
LENDING CLUB CORP

71 STEVENSON ST STE 300
SAN FRANCISCO, CA 94105
8883766642
**Address identification number**
0125606833

**Account number**
10712....

**Type**
Unsecured
**Terms**
36 Months

**On record until**
Aug 2029

**Recent balance**
Not reported

**Credit limit or original amount**
$22800
**High balance**
Not reported
**Monthly payment**
Not reported

**Date opened**
05/04/2017

**Date of status**
08/2019
**Responsibility**
Individual

**Status**
Paid, Closed/Never late.

**Account history**

| 2019 | | | | | | | | 2018 | | | | | | | | | | | | 2017 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul |
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | ND | OK | OK | OK | OK |

| Jun | May |
|---|---|
| OK | OK |

**Account name**
LENDING CLUB CORP

71 STEVENSON ST STE 300
SAN FRANCISCO, CA 94105
8883766642
**Address identification number**
0125606833

**Account number**
15687....

**Type**
Unsecured
**Terms**
39 Months

**On record until**
Nov 2032

**Recent balance**
Not reported

**Credit limit or original amount**
$23000
**High balance**
Not reported
**Monthly payment**
Not reported

**Date opened**
08/12/2019

**Date of status**
11/2022
**Responsibility**
Individual

**Status**
Paid, Closed/Never late.

**Account history**

| 2022 | | | | | | | | | | | 2021 | | | | | | | | | | | | 2020 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct |
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | | | | | | | | | 2019 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Account name**
MACYS/CITIBANK NA

PO BOX 6789
SIOUX FALLS, SD 57117
8002436552

**Address identification number**
0125606833

**Account number**
43723028....

**Type**
Charge Card

**Terms**
Not reported

**On record until**
Feb 2028

**Recent balance**
Not reported

**Credit limit or original amount**
$100

**High balance**
$711

**Monthly payment**
Not reported

**Date opened**
11/01/2001

**Date of status**
02/2018

**Responsibility**
Individual

**Status**
Paid, Closed/Never late.

**Comment**
Account closed at credit grantor's request.

**Reinvestigation information**
This item remained unchanged from our processing of your dispute in Apr 2008.

**Account history**

| | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | 2017 | | | | | | | | | | | | 2016 | | | | | | | | | | | |
| Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2015 | | | | | | | | | | | | 2014 | | | | | | | | | | | | 2013 | |
| Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov |
| ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | CLS | OK | OK | OK | OK | OK |
| | | | | | | | | | | 2012 | | | | | | | | | | | | 2011 | | | |
| Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep |
| OK | OK | OK | OK | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | CLS | CLS | CLS | CLS | CLS | CLS | CLS | CLS | CLS | CLS |
| Aug | Jul | Jun | May | Apr | Mar | | | | | | | | | | | | | | | | | | | | |
| CLS | CLS | CLS | CLS | CLS | CLS | | | | | | | | | | | | | | | | | | | | |

**Account name**
MERCEDES-BENZ FINANCIAL SERVICES

13650 HERITAGE VALLEY PARKWAY
FT WORTH, TX 76177

**Address identification number**
0125606833

**Account number**
500019776....

**Type**
Auto Loan

**Terms**
72 Months

**On record until**
Jul 2029

**Recent balance**
Not reported

**Credit limit or original amount**
$29064

**High balance**
Not reported

**Monthly payment**
Not reported

**Date opened**
08/25/2016

**Date of status**
07/2019

**Responsibility**
Individual

**Status**
Paid, Closed/Never late.

**Account history**

| | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | | | | | | | 2018 | | | | | | | | | | | | 2017 | | | | | | |
| Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun |
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| | | | | | 2016 | | | | | | | | | | | | | | | | | | | | |
| May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | | | | | | | | | | | | | | | | | | |
| OK | OK | OK | OK | OK | OK | OK | OK | | | | | | | | | | | | | | | | | | |

**Account name**
MERCEDES-BENZ FINANCIAL SERVICES

13650 HERITAGE VALLEY PARKWAY
FT WORTH, TX 76177

**Address identification number**
0125606833

**Account number**
500121488....

**Type**
Auto Loan

**Terms**
66 Months

**On record until**
Nov 2032

**Recent balance**
Not reported

**Credit limit or original amount**
$30002

**High balance**
Not reported

**Monthly payment**
Not reported

**Date opened**
07/02/2019

**Date of status**
11/2022

**Responsibility**
Individual

**Status**
Paid, Closed/Never late.

**Account history**

| | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | 2021 | | | | | | | | | | | | 2020 | | |
| Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct |
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| | | | | | | | | | 2019 | | | | | | | | | | | | | | | | |
| Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | | | | | | | | | | | |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | | | | | | | | | | |

**Account name**
PENNYMAC LOAN SERVICES L

**Account number**
SSE001820363....

**Recent balance**
$409,938 as of 01/05/2026

**Date opened**
11/02/2022

**Status**
Open/Never late.

PO BOX 514387
LOS ANGELES, CA 90051
8665459070

**Address identification number**
0073575632

**Mortgage identification number**
100719100018800639

**Freddie Mac ID**
11354063

**Type**
Mortgage

**Terms**
30 Years

**Credit limit or original amount**
$450000

**High balance**
Not reported

**Monthly payment**
$4,463

**Recent payment amount**
$4,713 as of 12/27/2025

**Date of status**
01/2026

**Responsibility**
Individual

**Account history**

| 2026 Jan | 2025 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2024 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2023 Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Balance history**

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
Dec 2025: $410,786 / Nov 29, 2025 / $4,463 / $4,713
Nov 2025: $411,615 / Nov 01, 2025 / $4,463 / $4,713
Oct 2025: $412,440 / Oct 04, 2025 / $4,463 / $7,070
Sep 2025: $415,617 / Aug 23, 2025 / $4,463 / $4,713
Aug 2025: $416,432 / Jul 26, 2025 / $4,463 / $4,713
Jul 2025: $417,242 / Jun 28, 2025 / $4,463 / $4,713
Jun 2025: $418,048 / May 31, 2025 / $4,463 / $4,713
May 2025: $418,835 / May 03, 2025 / $4,463 / $4,713
Apr 2025: $419,618 / Apr 05, 2025 / $4,463 / $6,879
Mar 2025: $422,754 / Feb 22, 2025 / $4,272 / $4,522
Feb 2025: $423,527 / Jan 25, 2025 / $4,272 / $4,522
Jan 2025: $424,297 / Dec 28, 2024 / $4,272 / $4,522
Dec 2024: $425,061 / Nov 30, 2024 / $4,272 / $4,522
Nov 2024: $425,809 / Nov 02, 2024 / $4,272 / $4,522
Oct 2024: $426,552 / Oct 05, 2024 / $4,272 / $6,784
Sep 2024: $429,552 / Aug 24, 2024 / $4,272 / $4,522
Aug 2024: $430,286 / Jul 27, 2024 / $4,272 / $4,522
Jul 2024: $431,016 / Jun 29, 2024 / $4,272 / $4,522
Jun 2024: $431,729 / Jun 01, 2024 / $4,272 / $4,522
May 2024: $432,438 / May 04, 2024 / $4,272 / $9,829
Apr 2024: $435,379 / Mar 23, 2024 / $4,526 / $4,362
Mar 2024: $436,080 / Feb 24, 2024 / $4,112 / $4,362
Feb 2024: $436,777 / Jan 27, 2024 / $4,112 / $4,362
Jan 2024: $437,469 / Dec 30, 2023 / $4,112 / $4,362
The original amount of this account was $450,000

**Account name**
PROSPER MARKETPLACE INC

**Account number**
80....

**Recent balance**
Not reported

**Date opened**
05/27/2017

**Status**
Paid, Closed/Never late.

221 MAIN ST STE 300
SAN FRANCISCO, CA 94105
8666156319

**Address identification number**
0125606833

**Type**
Unsecured

**Terms**
36 Months

**On record until**
Aug 2029

**Credit limit or original amount**
$15000

**High balance**
Not reported

**Monthly payment**
Not reported

**Date of status**
08/2019

**Responsibility**
Individual

**Account history**

| 2019 | | | | | | | | 2018 | | | | | | | | | | | | 2017 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Jun |
|---|
| OK |

**Account name**
SANTANDER CONSUMER USA

PO BOX 961211
FORT WORTH, TX 76161
8882224227
**Address identification number**
0125606833

**Account number**
3000016912204....

**Type**
Auto Loan
**Terms**
60 Months

**On record until**
Aug 2027

**Recent balance**
Not reported

**Credit limit or original amount**
$29876
**High balance**
Not reported
**Monthly payment**
Not reported

**Date opened**
12/23/2013

**Date of status**
08/2017
**Responsibility**
Joint with ANTHONY GARLAND

**Status**
Paid, Closed/Never late.

**Account history**

| 2017 Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2016 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2015 Dec | Nov | Oct | Sep | Aug | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Jun | May | Apr | Mar | Feb | Jan | 2014 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2013 Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | ND | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Account name**
SST/MEDALLION

4315 PICKETT RD
SAINT JOSEPH, MO 64503
8007898001
**Address identification number**
0125606833

**Account number**
3797....

**Type**
Home Imp Loan
**Terms**
84 Months

**On record until**
Jan 2033

**Recent balance**
Not reported

**Credit limit or original amount**
$15500
**High balance**
Not reported
**Monthly payment**
Not reported

**Date opened**
01/24/2020

**Date of status**
01/2023
**Responsibility**
Individual

**Status**
Paid, Closed/Never late.

**Account history**

| 2023 Jan | 2022 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2021 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2020 Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLS | ND | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb |
|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Account name**
SYNCB/LOWES

PO BOX 71746
PHILADELPHIA, PA 19176
8004441408
**Address identification number**
0073575632

**Account number**
798192710190....

**Type**
Charge Card
**Terms**
Not reported

**On record until**
May 2033

**Recent balance**
Not reported

**Credit limit or original amount**
$9000
**High balance**
$1019
**Monthly payment**
Not reported

**Date opened**
04/30/2023

**Date of status**
05/2023
**Responsibility**
Individual

**Status**
Paid, Closed/Never late.

**Comment**
Account closed at consumer's request.

**Account history**

| 2023 May | Apr |
|---|---|
| CLS | OK |

**Account name**
SYNCB/LOWES

PO BOX 71746
PHILADELPHIA, PA 19176
8004441408
**Address identification number**
0073575632

**Account number**
798192810107....

**Type**
Charge Card
**Terms**
Not reported

**Recent balance**
$239 as of 12/29/2025

**Credit limit or original amount**
$4000
**High balance**
$1143
**Monthly payment**
$30
**Recent payment amount**
$2 as of 12/05/2025

**Date opened**
08/24/2025

**Date of status**
12/2025
**Responsibility**
Authorized user

**Status**
Open/Never late.

**Account history**

| 2025 | | | | |
|---|---|---|---|---|
| Dec | Nov | Oct | Sep | Aug |
| OK | OK | OK | OK | OK |

**Balance history**

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
Nov 2025: $2 / Nov 11, 2025 / $2 / $232
Oct 2025: $232 / Oct 17, 2025 / $30 / $1,000
Sep 2025: $1,142 / Sep 19, 2025 / $42 / $30
Aug 2025: $1,143 / No data / $30 / $0
Between Aug 2025 and Nov 2025, your credit limit/high balance was $4,000

**Account name**
US BANK

2800 TAMARACK RD
OWENSBORO, KY 42301
8446248230
**Address identification number**
0125606833

**Account number**
1920277....

**Type**
Home Equity
**Terms**
Not reported

**On record until**
Jun 2030

**Recent balance**
Not reported

**Credit limit or original amount**
$15000
**High balance**
$15346
**Monthly payment**
Not reported

**Date opened**
03/24/2000

**Date of status**
06/2020
**Responsibility**
Individual

**Status**
Paid, Closed/Never late.

**Reinvestigation information**
This item was updated from our processing of your dispute in Feb 2013.

**Account history**

| 2020 | | | | | | 2019 | | | | | | | | | | | | 2018 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May |
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | | | | 2017 | | | | | | | | | | | | 2016 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | | 2015 | | | | | | | | | | | | 2014 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| 2013 | | | | | |
|---|---|---|---|---|---|
| Dec | Nov | Oct | Sep | Aug | Jul |
| OK | OK | OK | OK | OK | OK |

**Account name**
WELLS FARGO AUTO

PO BOX 71092
CHARLOTTE, NC 28272
8002898004
**Address identification number**
0125606833

**Account number**
51576934....

**Type**
Auto Loan
**Terms**
60 Months

**On record until**
Aug 2026

**Recent balance**
Not reported

**Credit limit or original amount**
$11097
**High balance**
Not reported
**Monthly payment**

**Date opened**
02/10/2016

**Date of status**
08/2016
**Responsibility**
Individual

**Status**
Paid, Closed/Never late.

Not reported

**Account history**

| 2016 Aug | Jul | Jun | May | Apr | Mar |
|---|---|---|---|---|---|
| CLS | OK | OK | OK | OK | OK |

**Account name**
WFBNA CARD

PO BOX 393
MINNEAPOLIS, MN 55480
8558543502
**Address identification number**
0073575632

**Account number**
414718151071....

**Type**
Credit card
**Terms**
Not reported

**Recent balance**
$0 /paid as of 12/26/2025

**Credit limit or original amount**
$9500
**High balance**
$3292
**Monthly payment**
$0

**Date opened**
06/10/2019

**Date of status**
12/2025
**Responsibility**
Individual

**Status**
Open/Never late.

**Account history**

| 2025 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2024 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2023 Dec | Nov |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2022 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2021 Dec | Nov | Oct | Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2020 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2019 Dec | Nov | Oct | Sep | Aug | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Jun |
|---|
| OK |

**Balance history**

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
Nov 2025: $0 / Oct 27, 2025 / $0 / $0
Oct 2025: $0 / Oct 27, 2025 / $0 / $458
Sep 2025: $0 / Aug 21, 2025 / $0 / $0
Aug 2025: $0 / Aug 21, 2025 / $0 / $320
Jul 2025: $320 / Jun 20, 2025 / $25 / $0
Jun 2025: $0 / Jun 20, 2025 / $0 / $259
May 2025: $259 / Apr 21, 2025 / $25 / $0
Apr 2025: $0 / Apr 21, 2025 / $0 / $650
Mar 2025: $650 / Feb 13, 2025 / $25 / $0
Feb 2025: $0 / Feb 13, 2025 / $0 / $185
Jan 2025: $185 / Jan 15, 2025 / $25 / $1,000
Dec 2024: $1,181 / Dec 20, 2024 / $25 / $537
Nov 2024: $537 / Sep 27, 2024 / $25 / $0
Oct 2024: $0 / Sep 27, 2024 / $0 / $270
Sep 2024: $270 / Aug 21, 2024 / $25 / $0
Aug 2024: $0 / Aug 21, 2024 / $0 / $628
Jul 2024: $628 / Jun 21, 2024 / $25 / $0
Jun 2024: $0 / Jun 21, 2024 / $0 / $50
May 2024: $50 / Apr 22, 2024 / $25 / $0
Apr 2024: $0 / Apr 22, 2024 / $0 / $830
Mar 2024: $424 / Feb 14, 2024 / $25 / $0
Feb 2024: $0 / Feb 14, 2024 / $0 / $397
Jan 2024: $0 / Aug 28, 2023 / $0 / $0
Between Jan 2024 and Nov 2025, your credit limit/high balance was $9,500

**Account name**
WELLS FARGO HOME MORTGAGE

PO BOX 10335
DES MOINES, IA 50306

**Account number**
936061028....

**Type**
FHA Mortgage

**Recent balance**
Not reported

**Credit limit or original amount**

**Date opened**
03/28/2003

**Date of status**
11/2022

**Status**
Paid, Closed/Never late.

**Comment**
Account previously in dispute - in-

8004161472
**Address identification number**
0125606833

**Terms**
30 Years
**On record until**
Nov 2032

$208980
**High balance**
Not reported
**Monthly payment**
Not reported

**Responsibility**
Individual

vestigation complete, reported by data furnisher

**Account history**

| | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2021 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2020 Dec | Nov | Oct |
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | ND | ND |
| Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2019 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2018 Dec | Nov | Oct | Sep | Aug |
| ND | ND | ND | ND | ND | ND | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Jul | Jun | May | Apr | Mar | Feb | Jan | 2017 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2016 Dec | Nov | Oct | Sep | Aug | | |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | |

## Credit inquiries

We make your credit history available to your current and prospective creditors and employers as allowed by law. Personal data about you may be made available to companies whose products and services may interest you. As required by the Fair Credit Reporting Act, we display these requests for your credit history as a record of fact.

### CREDIT APPLICATIONS/HARD INQUIRIES ?

**Account name**
WELLS FARGO BANK

5000 RIVERSIDE DR STE 3000
IRVING, TX 75039
8884226485
**Address identification number**
0073575632

**Date of request**
02/05/2025

**Comments**
Unspecified. This inquiry is scheduled to continue on record until Mar 2027.

**Account name**
BK OF AMER

PO BOX 982238
EL PASO, TX 79998
8004212110
**Address identification number**
0073575632

**Date of request**
02/24/2024

**Comments**
Unspecified. This inquiry is scheduled to continue on record until Mar 2026.

### CONSUMER REPORT VIEWS/SOFT INQUIRIES ?

**Account name**
AMERICAN EXPRESS KABBAGE

PO BOX 31525
SALT LAKE CITY, UT 84131
8008742717

**Date of request(s)**
01/06/2026

**Account name**
AMERICAN HONDA FINANCE CORP

20800 MADRONA AVE
TORRANCE, CA 90503
3107814100

**Date of request(s)**
09/11/2025

**Account name**
AMEX

200 VESEY ST
NEW YORK, NY 10285

**Date of request(s)**

10/10/2025

**Account name**
AMERICAN EXPRESS 2

PO BOX 981537
EL PASO, TX 79998
8008742717

**Date of request(s)**

01/12/2026

**Account name**
BK OF AMER

PO BOX 982238
EL PASO, TX 79998
8004212110

**Date of request(s)**

11/19/2025

**Account name**
CAPITAL ONE

15000 CAPITAL ONE DR
RICHMOND, VA 23238

**Date of request(s)**

01/11/2026

**Account name**
CONSUMERINFO.COM

475 ANTON BLVD
COSTA MESA, CA 92626

**Date of request(s)**

10/13/2025
09/27/2025

**Account name**
CREDCO/PENNYMAC LOAN SVC

27001 AGOURA RD
CALABASAS, CA 91301

**Date of request(s)**

02/05/2025

**Account name**
CREDIT KARMA

**Date of request(s)**

| | | |
|---|---|---|
| 01/16/2026 | 09/20/2025 | 05/16/2025 |
| 01/15/2026 | 09/19/2025 | 05/15/2025 |
| 01/14/2026 | 09/18/2025 | 05/14/2025 |
| 01/11/2026 | 09/17/2025 | 05/13/2025 |
| 01/10/2026 | 09/15/2025 | 05/12/2025 |
| 01/08/2026 | 09/14/2025 | 05/11/2025 |
| 01/07/2026 | 09/13/2025 | 05/10/2025 |
| 01/06/2026 | 09/11/2025 | 05/09/2025 |
| 01/04/2026 | 09/10/2025 | 05/08/2025 |
| 01/03/2026 | 09/09/2025 | 05/07/2025 |
| 01/02/2026 | 09/07/2025 | 05/04/2025 |
| 01/01/2026 | 09/06/2025 | 05/03/2025 |
| 12/30/2025 | 09/01/2025 | 05/02/2025 |
| 12/28/2025 | 08/30/2025 | 05/01/2025 |
| 12/27/2025 | 08/28/2025 | 04/30/2025 |
| 12/24/2025 | 08/27/2025 | 04/29/2025 |
| 12/23/2025 | 08/24/2025 | 04/28/2025 |
| 12/21/2025 | 08/23/2025 | 04/27/2025 |
| 12/20/2025 | 08/22/2025 | 04/26/2025 |
| 12/18/2025 | 08/21/2025 | 04/23/2025 |

| | | |
|---|---|---|
| 12/17/2025 | 08/17/2025 | 04/20/2025 |
| 12/15/2025 | 08/16/2025 | 04/19/2025 |
| 12/13/2025 | 08/15/2025 | 04/16/2025 |
| 12/12/2025 | 08/13/2025 | 04/15/2025 |
| 12/09/2025 | 08/12/2025 | 04/12/2025 |
| 12/07/2025 | 08/10/2025 | 04/11/2025 |
| 12/06/2025 | 08/09/2025 | 04/09/2025 |
| 12/05/2025 | 08/08/2025 | 04/08/2025 |
| 12/03/2025 | 08/07/2025 | 04/06/2025 |
| 12/02/2025 | 08/06/2025 | 04/05/2025 |
| 12/01/2025 | 08/05/2025 | 04/02/2025 |
| 11/29/2025 | 08/03/2025 | 04/01/2025 |
| 11/28/2025 | 08/02/2025 | 03/30/2025 |
| 11/27/2025 | 08/01/2025 | 03/29/2025 |
| 11/26/2025 | 07/31/2025 | 03/28/2025 |
| 11/25/2025 | 07/30/2025 | 03/27/2025 |
| 11/23/2025 | 07/28/2025 | 03/26/2025 |
| 11/22/2025 | 07/27/2025 | 03/22/2025 |
| 11/19/2025 | 07/26/2025 | 03/21/2025 |
| 11/18/2025 | 07/22/2025 | 03/19/2025 |
| 11/16/2025 | 07/19/2025 | 03/17/2025 |
| 11/15/2025 | 07/17/2025 | 03/15/2025 |
| 11/13/2025 | 07/16/2025 | 03/14/2025 |
| 11/12/2025 | 07/15/2025 | 03/13/2025 |
| 11/11/2025 | 07/13/2025 | 03/12/2025 |
| 11/09/2025 | 07/12/2025 | 03/11/2025 |
| 11/08/2025 | 07/10/2025 | 03/09/2025 |
| 11/07/2025 | 07/09/2025 | 03/08/2025 |
| 11/06/2025 | 07/08/2025 | 03/07/2025 |
| 11/02/2025 | 07/06/2025 | 03/05/2025 |
| 11/01/2025 | 07/05/2025 | 03/01/2025 |
| 10/31/2025 | 07/04/2025 | 02/28/2025 |
| 10/27/2025 | 07/03/2025 | 02/27/2025 |
| 10/25/2025 | 07/02/2025 | 02/26/2025 |
| 10/23/2025 | 07/01/2025 | 02/22/2025 |
| 10/22/2025 | 06/28/2025 | 02/20/2025 |
| 10/20/2025 | 06/27/2025 | 02/19/2025 |
| 10/19/2025 | 06/26/2025 | 02/18/2025 |
| 10/18/2025 | 06/16/2025 | 02/17/2025 |
| 10/17/2025 | 06/14/2025 | 02/15/2025 |
| 10/15/2025 | 06/13/2025 | 02/14/2025 |
| 10/14/2025 | 06/12/2025 | 02/13/2025 |
| 10/13/2025 | 06/11/2025 | 02/12/2025 |
| 10/12/2025 | 06/08/2025 | 02/11/2025 |
| 10/11/2025 | 06/07/2025 | 02/10/2025 |
| 10/10/2025 | 06/04/2025 | 02/09/2025 |
| 10/09/2025 | 06/01/2025 | 02/08/2025 |
| 10/08/2025 | 05/31/2025 | 02/06/2025 |
| 10/05/2025 | 05/30/2025 | 02/05/2025 |
| 10/02/2025 | 05/29/2025 | 02/01/2025 |
| 10/01/2025 | 05/28/2025 | 01/29/2025 |
| 09/29/2025 | 05/27/2025 | 01/28/2025 |
| 09/28/2025 | 05/25/2025 | 01/27/2025 |
| 09/27/2025 | 05/21/2025 | 01/22/2025 |
| 09/25/2025 | 05/20/2025 | 01/19/2025 |
| 09/23/2025 | 05/18/2025 | 01/18/2025 |
| 09/21/2025 | 05/17/2025 | 01/16/2025 |

760 MARKET ST FL 2
SAN FRANCISCO, CA 94102
4155105272

**Account name**
CREDIT KARMA

**Date of request(s)**

| | | |
|---|---|---|
| 01/14/2026 | 09/17/2025 | 05/10/2025 |
| 01/10/2026 | 09/13/2025 | 05/07/2025 |
| 01/07/2026 | 09/10/2025 | 05/03/2025 |
| 01/03/2026 | 09/06/2025 | 04/30/2025 |
| 12/31/2025 | 09/03/2025 | 04/27/2025 |
| 12/28/2025 | 09/01/2025 | 04/23/2025 |
| 12/24/2025 | 08/27/2025 | 04/19/2025 |
| 12/20/2025 | 08/16/2025 | 04/16/2025 |
| 12/17/2025 | 08/14/2025 | 04/12/2025 |

| | | |
|---|---|---|
| 12/13/2025 | 08/09/2025 | 04/09/2025 |
| 12/10/2025 | 08/06/2025 | 04/05/2025 |
| 12/06/2025 | 08/02/2025 | 04/02/2025 |
| 12/03/2025 | 07/30/2025 | 03/30/2025 |
| 11/30/2025 | 07/27/2025 | 03/26/2025 |
| 11/26/2025 | 07/23/2025 | 03/22/2025 |
| 11/22/2025 | 07/19/2025 | 03/19/2025 |
| 11/19/2025 | 07/16/2025 | 03/15/2025 |
| 11/15/2025 | 07/12/2025 | 03/12/2025 |
| 11/12/2025 | 07/09/2025 | 03/08/2025 |
| 11/08/2025 | 07/05/2025 | 03/05/2025 |
| 11/05/2025 | 07/02/2025 | 03/01/2025 |
| 11/01/2025 | 06/29/2025 | 02/26/2025 |
| 10/29/2025 | 06/25/2025 | 02/23/2025 |
| 10/27/2025 | 06/21/2025 | 02/19/2025 |
| 10/22/2025 | 06/18/2025 | 02/15/2025 |
| 10/18/2025 | 06/14/2025 | 02/12/2025 |
| 10/15/2025 | 06/11/2025 | 02/08/2025 |
| 10/11/2025 | 06/07/2025 | 02/06/2025 |
| 10/08/2025 | 06/04/2025 | 02/01/2025 |
| 10/04/2025 | 06/01/2025 | 01/29/2025 |
| 10/01/2025 | 05/28/2025 | 01/22/2025 |
| 09/28/2025 | 05/24/2025 | 01/18/2025 |
| 09/25/2025 | 05/21/2025 | |
| 09/20/2025 | 05/17/2025 | |

760 MARKET ST FL 2
SAN FRANCISCO, CA 94102

**Account name**
CREDIT KARMA INC

**Date of request(s)**

01/13/2026
09/16/2025
03/12/2025
02/05/2025

760 MARKET ST FL 2
SAN FRANCISCO, CA 94102

**Account name**
EXPERIAN

**Date of request(s)**

| | | |
|---|---|---|
| 01/16/2026 | 09/30/2025 | 05/27/2025 |
| 01/15/2026 | 09/23/2025 | 05/20/2025 |
| 01/13/2026 | 09/17/2025 | 05/13/2025 |
| 01/06/2026 | 09/16/2025 | 05/06/2025 |
| 12/30/2025 | 09/09/2025 | 04/29/2025 |
| 12/23/2025 | 09/02/2025 | 04/22/2025 |
| 12/19/2025 | 08/26/2025 | 04/15/2025 |
| 12/16/2025 | 08/19/2025 | 04/08/2025 |
| 12/09/2025 | 08/12/2025 | 04/01/2025 |
| 12/02/2025 | 08/05/2025 | 03/25/2025 |
| 11/25/2025 | 07/29/2025 | 03/18/2025 |
| 11/21/2025 | 07/22/2025 | 03/11/2025 |
| 11/18/2025 | 07/15/2025 | 03/04/2025 |
| 11/11/2025 | 07/08/2025 | 02/25/2025 |
| 11/04/2025 | 07/01/2025 | 02/18/2025 |
| 10/28/2025 | 06/24/2025 | 02/11/2025 |
| 10/21/2025 | 06/17/2025 | 02/04/2025 |
| 10/14/2025 | 06/11/2025 | 01/28/2025 |
| 10/13/2025 | 06/10/2025 | 01/21/2025 |
| 10/07/2025 | 06/03/2025 | |

475 ANTON BLVD
COSTA MESA, CA 92626
8664313471

**Account name**
EXPERIAN

**Date of request(s)**

| | | |
|---|---|---|
| 01/14/2026 | 09/28/2025 | 05/03/2025 |
| 12/18/2025 | 09/10/2025 | 04/11/2025 |
| 12/16/2025 | 08/28/2025 | 04/10/2025 |
| 12/14/2025 | 07/15/2025 | 03/28/2025 |

| | | | |
|---|---|---|---|
| | 12/06/2025 | 07/12/2025 | 03/22/2025 |
| | 11/18/2025 | 07/11/2025 | 03/16/2025 |
| | 11/14/2025 | 07/09/2025 | 02/17/2025 |
| | 11/08/2025 | 06/15/2025 | 02/08/2025 |
| | 10/31/2025 | 06/10/2025 | 02/05/2025 |
| | 10/14/2025 | 05/29/2025 | 01/31/2025 |
| | 10/09/2025 | 05/28/2025 | 01/28/2025 |
| | 10/08/2025 | 05/16/2025 | 01/22/2025 |
| | 10/02/2025 | 05/09/2025 | 01/16/2025 |
| | 10/01/2025 | 05/08/2025 | |
| 475 ANTON BLVD<br>COSTA MESA, CA 92626 | | | |

| Account name | Date of request(s) | | |
|---|---|---|---|
| EXPERIAN<br><br>PO BOX 9600<br>ALLEN, TX 75013<br>8003114769 | 12/02/2025<br>10/13/2025 | | |

| Account name | Date of request(s) | | |
|---|---|---|---|
| EXPERIAN<br><br>475 ANTON BLVD<br>COSTA MESA, CA 92626 | 10/13/2025<br>09/27/2025 | | |

| Account name | Date of request(s) | | |
|---|---|---|---|
| EXPERIAN<br><br>PO BOX 9600<br>ALLEN, TX 75013<br>8003114769 | 10/13/2025<br>09/27/2025 | | |

| Account name | Date of request(s) | | |
|---|---|---|---|
| EXPERIAN CREDITMATCH<br><br>475 ANTON BLVD # D4<br>COSTA MESA, CA 92626 | 01/16/2026<br>01/15/2026<br>12/19/2025<br>12/02/2025 | 10/13/2025<br>09/17/2025<br>06/11/2025<br>02/18/2025 | 02/04/2025 |

| Account name | Date of request(s) | | |
|---|---|---|---|
| EXPERIAN CS IDENTITY<br><br>535 ANTON BLVD STE 100<br>COSTA MESA, CA 92626 | 12/26/2025<br>11/26/2025<br>10/26/2025<br>09/26/2025 | 08/26/2025<br>07/26/2025<br>06/26/2025<br>05/26/2025 | 04/26/2025<br>03/26/2025<br>02/26/2025<br>01/26/2025 |

| Account name | Date of request(s) | | |
|---|---|---|---|
| JPMCB DWM<br><br>PO BOX 15298<br>WILMINGTON, DE 19850<br>8009359935 | 08/26/2025<br>08/21/2025 | | |

| Account name | Date of request(s) |
|---|---|

JPMCB DWM

PO BOX 15298
WILMINGTON, DE 19850
8009359935

08/26/2025
08/21/2025

**Account name**
LEXISNEXIS

2885 BRECKENRIDGE BLVD #55D
DULUTH, GA 30096
7707526000

**Date of request(s)**
01/13/2026
03/12/2025

**Account name**
LEXISNEXIS/INS/STATE FARM

1000 ALDERMAN DR
ALPHARETTA, GA 30005
8004566004

**Date of request(s)**
09/16/2025

**Account name**
THE GOLDMAN SACHS GROUPI

200 WEST ST
NEW YORK, NY 10282

**Date of request(s)**
01/02/2026

**Account name**
WELLS FARGO BANK, N.A.

PO BOX 71092
CHARLOTTE, NC 28272
8772696056

**Date of request(s)**

| | | |
|---|---|---|
| 01/14/2026 | 08/13/2025 | 03/12/2025 |
| 12/10/2025 | 07/09/2025 | 02/13/2025 |
| 11/12/2025 | 06/12/2025 | 01/16/2025 |
| 10/15/2025 | 05/13/2025 | |
| 09/09/2025 | 04/11/2025 | |

**Account name**
WELLS FARGO BANK, N.A.

333 MARKET ST FL 33
SAN FRANCISCO, CA 94105
8553299605

**Date of request(s)**

| | | |
|---|---|---|
| 01/05/2026 | 09/08/2025 | 05/06/2025 |
| 12/08/2025 | 08/06/2025 | 04/07/2025 |
| 11/05/2025 | 07/07/2025 | 03/07/2025 |
| 10/07/2025 | 06/07/2025 | 02/07/2025 |

**Account name**
WFBNA CARD

PO BOX 14517
DES MOINES, IA 50306
8006424720

**Date of request(s)**
01/03/2026

**Account name**
WFBNA CARD

PO BOX 14579
DES MOINES, IA 50306

**Date of request(s)**
11/05/2025

8442747841

## Important messages

**Medical Information**
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Public Records Information**
If your report contains public records, the Public Records section includes items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc. You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com .

Each national consumer credit reporting agency may interpret the requirements of the Fair Credit Reporting Act differently and each company has their own policies and guidelines for disputing information.

Therefore, we cannot update or delete information in our database based on the results of a dispute with another consumer credit reporting agency nor can we dispute information for a consumer with another consumer credit reporting agency.

## Know your rights

**Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**A Summary of Your Rights under the Fair Credit Reporting Act**
The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you**. Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment or to take another adverse action against you must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
a person has taken adverse action against you because of information in your credit report;
you are the victim of identify theft and place a fraud alert in your file;
your file contains inaccurate information as a result of fraud;
you are on public assistance;
you are unemployed but expect to apply for employment within 60 days.

All consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**You have the right to ask for a credit score**. Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative in-

formation that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business.
The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE** You have a right to place a security freeze on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.
As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.
A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.
**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**STATES RIGHTS INFORMATION. States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General.**
**FEDERAL RIGHTS INFORMATION. For more information about your federal rights, you can contact relevant federal agencies listed at the bottom of the page linked here:https://www.experian.com/FCRA.**

| **Type of Business:** | **Contact:** |
|---|---|
| **1.a.** Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br>**b.** Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the Bureau: | **a.** Bureau of Consumer Financial Protection<br>1700 G Street NW<br>Washington, DC 20552<br>**b.** Federal Trade Commission: Consumer Response Center - FCRA Washington, DC 20580 (877) 382-4357 |
| **2.** To the extent not included in item 1 above:<br>**a.** National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>**b.** State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial<br>lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act<br><br>**c.** Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>**d.** Federal Credit Unions | **a.** Office of the Comptroller of the Currency<br>Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050<br><br>**b.** Federal Reserve Consumer Help Center<br>PO Box 1200<br>Minneapolis, MN 55480<br><br>**c.** FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>**d.** National Credit Union Administration<br>Office of Consumer Protection (OCP)<br>Division of Consumer Compliance and Outreach (DCCO)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| **3.** Air Carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue SE<br>Washington, DC 20590 |

| | |
|---|---|
| **4.** Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, SW<br>Washington, DC 20423 |
| **5.** Creditors Subject to Packers and Stockyards Act | Nearest Packers and Stockyards Administration area supervisor |
| **6.** Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, 8th Floor<br>Washington, DC 20416 |
| **7.** Brokers and Dealers | Securities and Exchange Commission<br>100 F St NE<br>Washington, DC 20549 |
| **8.** Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| **9.** Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or Federal Trade Commission: Consumer Response Center - FCRA |

**Notification of Rights**

Notification of Rights for California Consumers
California Fraud State Notice of Rights
Notification of Rights for Connecticut Consumers
Notification of Rights for Delaware Consumers
Notification of Rights for District of Columbia Consumers
Notification of Rights for Georgia Consumers
Notification of Rights for Massachusetts Consumers
Notification of Rights for Missouri Consumers
Notification of Rights for Montana Consumers
Notification of Rights for New Hampshire Consumers
Notification of Rights for New Jersey Consumers
Notification of Rights for North Carolina Consumers
Notification of Rights for North Dakota Consumers
Notification of Rights for Rhode Island Consumers
Notification of Rights for Tennessee Consumers
Notification of Rights for Texas Consumers
Notification of Rights for Vermont Consumers
Notification of Rights for Virginia Consumers
Notification of Rights for Washington Consumers
Notification of Rights for West Virginia Consumers

© Experian 2026. All rights reserved.
Experian and the marks used herein are service marks or registered trademarks of Experian.
Other product and company names mentioned herein may be the trademarks of their respective owners.
View Experian's Privacy Policy