# EXHIBIT “E”

**TransUnion LLC**
P.O. Box 2000
Chester, PA 19016

January 9, 2026

Subject: Second Formal Written Dispute of Incorrect Information on Credit Report

Re: John D. Garland | DOB: 05/12/1966 | SSN: *--2324 | Address: 5707 Coco Palm Dr., Tamarac, FL 33319
Dispute of AmeriCredit/GM Financial reporting for Account No. 111031250813

I am writing this second formal dispute because your agency has failed to correct inaccurate information following my initial dispute dated November 7, 2025. Despite providing clear evidence of a reporting error, the AmeriCredit/GM Financial tradeline continues to reflect a "30 days past due" status for June 2025. This information is inaccurate and misleading.

On November 7, 2025, I wrote my first letter of dispute to TransUnion notifying the agency that the June 2025 late entry was a result of GM Financial's internal handling of my autopay and a failure to process a timely dispute received via fax on June 27, 2025. I provided documentation including fax confirmations and correspondence records.

Your agency's investigation has evidently failed to account for these facts, as the account is still flagged with "Adverse Information" and a June 2025 delinquency. This account should be reported as "Paid/Closed" with no late payments in 2025
Pursuant to the Fair Credit Reporting Act (15 U.S.C. § 1681i), I demand that you conduct a meaningful reinvestigation. If you cannot verify the accuracy of this late mark given the evidence provided, you are legally required to delete the derogatory notation

Again, I am requesting to please:

1. Conduct a reasonable reinvestigation of this matter;
2. Delete the 30-days past due negative reporting on my June 2025 payment calendar;
3. Permanently remove any related derogatory coding; and
4. Correct the tradeline to reflect a Paid/Closed account with no late payments in 2025.

If you choose to keep any negative notation, please provide your method of verification and the complete business name, address, and telephone number of each furnisher you contacted, along with the documents GM Financial supplied to you, including any autopay setup or cancellation records and internal notes acknowledging receipt and handling of my June 27, 2025 dispute. Pursuant to 15 U.S.C. § 1681i(b), if your agency continues to refuse to delete this inaccurate derogatory information, I request a brief statement explaining the circumstances be added to my credit file: The reported 30-day delinquency for 2025 on this AmeriCredit/GM Financial account is inaccurate. The account was Paid and Closed. The creditor failed to properly process an autopay and a dispute sent June 27, 2025. Equifax has shifted the date of this error between June and September 2025, but the account was never delinquent.

Please provide a written response within 30 days confirming the correction or any other actions taken.

Sincerely,

**John D. Garland**

**Equifax**
P.O. Box 740256
Atlanta, GA 30374-0256

January 9, 2026

Subject: Second Formal Written Dispute of Incorrect Information on Credit Report

Re: John D. Garland | DOB: 05/12/1966 | SSN: *--2324 | Address: 5707 Coco Palm Dr., Tamarac, FL 33319
Dispute of AmeriCredit/GM Financial reporting for Account No. 111031250813

I am writing to formally dispute the results of your recent reinvestigation regarding the AmeriCredit/GM Financial account. Your response dated November 11, 2025, confirmation number 5321512105, claims the creditor verified the status, yet your "update" has merely shifted an inaccurate late mark from June 2025 to September 2025..

In my initial dispute dated November 7, 2025, I clarified that the June 2025 delinquency was an error caused by GM Financial's handling of my autopay and a dispute I faxed on June 27, 2025. Instead of deleting this inaccurate data, Equifax has now moved the "30 days past due" notation to September 2025. This is factually impossible. This account is Paid and Closed. There was no balance due in September 2025, and therefore no possibility of a 30-day delinquency.

The current reporting is inaccurate, misleading, and a violation of the Fair Credit Reporting Act (15 U.S.C. § 1681i). I demand that you:

1. Conduct a reasonable reinvestigation of this matter;
2. Delete the inaccurate late notation currently being reported in September 2025;
3. Permanently remove any related derogatory coding;
4. Correct the tradeline to reflect a "Paid/Closed" status with a perfect payment history for the year 2025.

Pursuant to 15 U.S.C. § 1681i(b), if your agency continues to refuse to delete this inaccurate derogatory information, I request a brief statement explaining the circumstances be added to my credit file: The reported 30-day delinquency for 2025 on this AmeriCredit/GM Financial account is inaccurate. The account was Paid and Closed. The creditor failed to properly process an autopay and a dispute sent June 27, 2025. Equifax has shifted the date of this error between June and September 2025, but the account was never delinquent. If you choose to keep any negative notation, please provide your method of verification and the complete business name, address, and telephone number of each furnisher you contacted, along with the documents GM Financial supplied to you, including any autopay setup or cancellation records and internal notes acknowledging receipt and handling of my June 27, 2025 dispute.

Please provide a written response within 30 days confirming the correction or any other actions taken.

Sincerely,

John D. Garland

**Experian**
P.O. Box 4500
Allen, TX 75013

January 26, 2026

Subject: Second Formal Written Dispute of Incorrect Information on Credit Report

Re: John D. Garland | DOB: 05/12/1966 | SSN: *--2324 | Address: 5707 Coco Palm Dr., Tamarac, FL 33319
Dispute of AmeriCredit/GM Financial reporting for Account No. 111031250813

I am writing to formally dispute the results of your recent reinvestigation regarding the AmeriCredit/GM Financial account, identified by Report Number 1346-8975-06. Your response dated January 16, 2026, indicates that the item was "Updated," yet you continue to report that I was "30 days past due as of Jun 2025.

In my initial dispute dated November 7, 2025, I clarified that the June 2025 delinquency was an error caused by GM Financial's handling of my autopay and a dispute I faxed on June 27, 2025. Despite providing proof of these communications, your agency claims the creditor has "certified" the accuracy of this information. This reporting is factually impossible as the account is Paid and Closed.

*I demand that you:*

1. Conduct a reasonable reinvestigation of this matter;
2. Delete the inaccurate late notation currently being reported for June 2025;
3. Permanently remove any related derogatory coding;
4. Correct the tradeline to reflect a "Paid/Closed" status with a perfect payment history for the year 2025

If your agency continues to refuse to delete this inaccurate derogatory information, I request a brief statement explaining the circumstances be added to my credit file: The reported 30-day delinquency for 2025 on this AmeriCredit/GM Financial account is inaccurate. The account was Paid and Closed. The creditor failed to properly process an autopay and a dispute sent June 27, 2025. If you choose to keep any negative notation, please provide your method of verification and the complete business name, address, and telephone number of each furnisher you contacted, along with the documents GM Financial supplied to you, including any autopay setup or cancellation records and internal notes acknowledging receipt and handling of my June 27, 2025 dispute.

An attorney helped me draft this letter to make sure I do everything needed to comply with the law.

Sincerely,

**John D. Garland**


9589 0710 5270 3711 2102 91

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Atlanta, GA 30374
OFFICIAL USE

Certified Mail Fee $5.30
$
0277
02
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postmark Here
DAVIE BRANCH POST OFFICE JAN 14 2026 FORT LAUDERDALE FL 33328 USPS
Postage $0.78
$
01/14/2026
Total Postage and Fees $6.08
$
Sent To Equifax
Street and Apt. No., or PO Box No. PO Box 740256
City, State, ZIP+4® Atlanta GA 30374-0256

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions


9589 0710 5270 3711 2103 07

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Chester, PA 19016
OFFICIAL USE

Certified Mail Fee $5.30
$
0277
02
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postmark Here
DAVIE BRANCH POST OFFICE JAN 14 2026
Postage $0.78
$
01/14/2026
Total Postage and Fees $6.08
$
Sent To TransUnion
Street and Apt. No., or PO Box No. PO Box 2000
City, State, ZIP+4® Chester, PA. 19016

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions


9589 0710 5270 3711 2134 14

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Allen, TX 75013
OFFICIAL USE

Certified Mail Fee $5.30
$
0277
07
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postmark Here
USPS FORT LAUDERDALE FL DAVIE BRANCH POST OFFICE 2026
Postage $0.78
$
01/30/2026
Total Postage and Fees $6.08
$
Sent To Experian
Street and Apt. No., or PO Box No. PO Box 4500
City, State, ZIP+4® Allen tx 75013

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions