# EXHIBIT “G”

Personal Credit Report for:
**JOHN GARLAND**

File Number:
**315272872**

Date Created:
**06/04/2026**

## Accounts with Adverse Information

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report.

For your protection, your account numbers have been partially masked, and in some cases scrambled.

Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

**Account Name**

GM FINANCIAL 11103125****

**Account Information**

| | |
|---|---|
| Address | PO BOX 181145 ARLINGTON, TX 76096-1145 |
| Phone | |
| Date Opened | 12/31/2019 |
| Responsibility | Individual Account |
| Account Type | Installment Account |
| Loan Type | AUTOMOBILE |
| Date Updated | 07/11/2025 |
| Payment Received | $0 |
| Last Payment Made | 07/11/2025 |
| High Balance | $35,378 |
| Pay Status | Paid, Closed; was Paid as agreed |
| Terms | $0 per month, paid Monthly for 66 months |
| Date Closed | 07/11/2025 |

| January 2025 | February 2025 | March 2025 | April 2025 |
|---|---|---|---|
| Rating<br>OK | Rating<br>OK | Rating<br>OK | Rating<br>OK |

| May 2025 | June 2025 |
|---|---|
| Rating<br>OK | Rating<br>30 |

Total Months: 66

Personal Credit Report for:
**JOHN GARLAND**

File Number:
**315272872**

Date Created:
**06/17/2026**

## Accounts with Adverse Information

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report.

For your protection, your account numbers have been partially masked, and in some cases scrambled.

Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

Account Name

GM FINANCIAL 11103125****

**Account Information**

| | |
|---|---|
| Address | PO BOX 181145 ARLINGTON, TX 76096-1145 |
| Phone | |
| Date Opened | 12/31/2019 |
| Responsibility | Individual Account |
| Account Type | Installment Account |
| Loan Type | AUTOMOBILE |
| Date Updated | 07/11/2025 |
| Payment Received | $0 |
| Last Payment Made | 07/11/2025 |
| High Balance | $35,378 |
| Pay Status | Paid, Closed; was Paid as agreed |
| Terms | $0 per month, paid Monthly for 66 months |
| Date Closed | 07/11/2025 |

| January 2025 | February 2025 | March 2025 | April 2025 |
|---|---|---|---|
| Rating<br>OK | Rating<br>OK | Rating<br>OK | Rating<br>OK |

| May 2025 | June 2025 |
|---|---|
| Rating<br>OK | Rating<br>30 |

Total Months: 66